UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELIA J. .,

        Plaintiff,                          Case No. 2:25-cv-11614
                                          Honorable Anthony P. Patti

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the opinion and order denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment entered on July 28, 2026,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the determination of the Commissioner of Social Security is **AFFIRMED**.

**IT IS SO ORDERED.**

Dated: July 28, 2026

                                    _____
                                      Anthony P. Patti
                                      UNITED STATES MAGISTRATE JUDGE